UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIT FANUEL AUGBORNE, III, | Case No. 2:19-cv-01204-KJD-BNW |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

On April 28, 2020, this court granted in part respondents' motion to dismiss certain claims in Brit Fanuel Augborne, III's pro se 28 U.S.C. § 2254 habeas corpus petition as unexhausted and/or conclusory (ECF No. 15). The court directed petitioner to either: (1) inform this court in a sworn declaration that he wishes to dismiss this petition without prejudice in order to return to state court to exhaust his unexhausted grounds; OR (2) file a motion for a stay and abeyance, asking this court to hold his federal petition in abeyance while he returns to state court to exhaust his unexhausted grounds.

In response to the court's order, Augborne filed several motions (ECF Nos. 16, 18, 19). He states that he never received the motion to dismiss, and therefore, he never had an opportunity to respond. He states that he asked the High Desert State Prison mail room to produce the legal mail receipt to show that the motion to dismiss was delivered to him, but they could not. He also attaches a signed affidavit in support of this contention (*see* ECF No. 18, pp. 9-10). He asks for an opportunity to respond to the

1

motion to dismiss.  Respondents oppose, pointing to the certificate of service that indicates that respondents served the motion via U.S. Mail on Augborne at his address of record (ECF No. 20). They further argue that while Augborne appears to take the position that he did in fact exhaust his state-court remedies, the state-court record does not support that position. *Id.*

Out of an abundance of caution, Augborne will have an opportunity to file and serve a response to the motion to dismiss.  The court defers a decision on the pending motions until it reviews the full briefing on the motion to dismiss.

**IT IS THEREFORE ORDERED** that respondents re-serve a copy of the motion to dismiss and exhibits on petitioner.

**IT IS FURTHER ORDERED** that petitioner file his opposition to the motion to dismiss, if any, within **30 days** of the date of service of the motion to dismiss.

**IT IS FURTHER ORDERED** that respondents have **14 days** from the date of service of the opposition to file a reply in support of their motion to dismiss, if any.

DATED: July 27, 2020

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE