UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIT FANUEL AUGBORNE, III,<br><br>                            Petitioner,<br><br>   v.<br><br>BRIAN WILLIAMS, et al.,<br><br>                            Respondents. | Case No. 2:19-cv-01204-KJD-BNW<br><br>ORDER |

Before the court is a motion to stay and abey Brit Fanuel Augborne, III's pro se 28 U.S.C. § 2254 habeas corpus petition (ECF No. 39). Respondents opposed (ECF No. 41). As discussed below, the motion is denied.

This court may stay a petition that is either wholly unexhausted or contains both exhausted and unexhausted claims if: (1) the habeas petitioner has good cause; (2) the unexhausted claims are potentially meritorious; and (3) petitioner has not engaged in dilatory litigation tactics. *Mena v. Long*, 813 F.3d 907, 908 (9th Cir. 2016); *Rhines v. Weber,* 544 U.S. 269, 277 (2005); *Gonzalez v. Wong*, 667 F.3d 965, 977–80 (9th Cir. 2011). "[G]ood cause turns on whether the petitioner can set forth a reasonable excuse, supported by sufficient evidence, to justify [the failure to exhaust a claim in state court]." *Blake v. Baker*, 745 F.3d 977, 982 (9th Cir. 2014). "While a bald assertion cannot amount to a showing of good cause, a reasonable excuse, supported by evidence to justify a petitioner's failure to exhaust, will." *Id*.

Augborne's petition is wholly unexhausted (*see* ECF No. 15). In several separate orders, this court directed Augborne to choose to either (1) return to state court to exhaust his unexhausted petition, in which case his federal habeas petition will be denied without prejudice; or (2) file a motion asking this court to stay and abey his unexhausted federal habeas petition while he returns to state court to exhaust his unexhausted claims (*see, e.g.*, ECF Nos. 15, 28, 38).  The court also explained what Augborne was required to show to obtain a stay. *Id.*

Augborne finally responded to the court's order and filed a motion to stay on May 13, 2021 (ECF No. 39). However, his motion simply states in one sentence that he asks the court to stay and abey his unexhausted petition. It is completely unsupported; he does not even attempt to demonstrate that he meets the *Rhines* factors.  Accordingly, the motion to stay and abey Augborne's federal habeas petition is denied.

**IT IS THEREFORE ORDERED** that petitioner's motion to stay and abey (ECF No. 39) is **DENIED**.

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** without prejudice as unexhausted.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied, as reasonable jurists would not find the dismissal of the petition to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 1 September 2021.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE